IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LEO PHARMA A/S et al,<br><br>Plaintiffs<br><br>v.<br><br>ACTAVIS LABORATORIES UT INC. et al,<br><br>Defendants | C.A. No. 16-333-SLR-SRF |
| LEO PHARMA A/S et al,<br><br>Plaintiffs<br><br>v.<br><br>PERRIGO UK FINCO LIMITED PARTNERSHIP et al,<br><br>Defendants | C.A. No. 16-430-SLR-SRF |

## ORDER

Pursuant to Paragraph 1(c)(4) of the Scheduling Order (D.I. 20, 19), counsel for the parties and knowledgeable party representatives are to attend an in person Discovery Review Conference[1] with the court on **November 16, 2016** at **3:00 p.m.** in Courtroom 6C, to ensure discovery is being exchanged in good faith in accordance with the Scheduling Order.

---

[1] No arguments or discovery dispute issues are to be raised during the Discovery Review Conference. For any fact discovery issues, the parties are directed to paragraph 7(a) of the Scheduling Order and Magistrate Judge Fallon's website for the "Order Regarding Discovery Matter" located in the "Forms" link.

The Discovery Review Conference is scheduled to occur following plaintiffs' identification of accused products and asserted patents and defendants' production of core technical documents as set forth in the Scheduling Order.

Dated: 10/18/16

Sherry R. Fallon
UNITED STATES MAGISTRATE JUDGE