IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LEO PHARMA A/S, LEO LABORATORIES LIMITED, and LEO PHARMA, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 16-333 (SLR) |
| ACTAVIS LABORATORIES UT, INC. and ACTAVIS, INC., | ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiffs' Initial Disclosures Identifying Defendants' Accused Products and Plaintiffs' Asserted Patents* were caused to be served on October 26, 2016 upon the following in the manner indicated:

| | |
|---|---|
| Melanie K. Sharp, Esquire<br>James L. Higgins, Esquire<br>Robert M. Vrana, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>1000 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Defendants* | VIA ELECTRONIC MAIL |
| Kyle Musgrove, Esquire<br>Scott Cunning, Esquire<br>Yongjin Zhu, Esquire<br>HAYNES AND BOONE, LLP<br>800 17th Street, Suite 500<br>Washington, D.C.  20006<br>*Attorneys for Defendants* | VIA ELECTRONIC MAIL |
| Thomas B. King, Esquire<br>Martin M. Ellison, Esquire<br>HAYNES AND BOONE, LLP<br>600 Anton Boulevard, Suite 700<br>Costa Mesa, CA  92626<br>*Attorneys for Defendants* | VIA ELECTRONIC MAIL |

Stephanie Sivinski, Esquire
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, TX 75219
*Attorneys for Defendants*

*VIA ELECTRONIC MAIL*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Maryellen Noreika*

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for Plaintiffs LEO Pharma A/S, LEO Laboratories Limited and LEO Pharma, Inc.*

OF COUNSEL:

George F. Pappas
Jeffrey Lerner
COVINGTON & BURLING LLP
One City Center
850 Tenth Street NW
Washington DC 20001-4956
(202) 662-6000

Alexa Hansen
COVINGTON & BURLING LLP
1 Front Street, Floor 35
San Francisco, CA 94111
(415-591-6000)

October 26, 2016

# CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on October 26, 2016, upon the following in the manner indicated:

| | |
|---|---|
| Melanie K. Sharp, Esquire<br>James L. Higgins, Esquire<br>Robert M. Vrana, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>1000 North King Street<br>Wilmington, DE 19801<br>*Attorneys for Defendants* | VIA ELECTRONIC MAIL |
| Kyle Musgrove, Esquire<br>Scott Cunning, Esquire<br>Yongjin Zhu, Esquire<br>HAYNES AND BOONE, LLP<br>800 17th Street, Suite 500<br>Washington, D.C. 20006<br>*Attorneys for Defendants* | VIA ELECTRONIC MAIL |
| Thomas B. King, Esquire<br>Martin M. Ellison, Esquire<br>HAYNES AND BOONE, LLP<br>600 Anton Boulevard, Suite 700<br>Costa Mesa, CA 92626<br>*Attorneys for Defendants* | VIA ELECTRONIC MAIL |
| Stephanie Sivinski, Esquire<br>HAYNES AND BOONE, LLP<br>2323 Victory Avenue, Suite 700<br>Dallas, TX 75219<br>*Attorneys for Defendants* | VIA ELECTRONIC MAIL |

*/s/ Maryellen Noreika*

Maryellen Noreika (#3208)