IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LEO PHARMA A/S, LEO LABORATORIES LIMITED, and LEO PHARMA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ACTAVIS LABORATORIES UT, INC., <br><br> Defendant. | ) ) ) ) ) ) ) C.A. No. 16-333 (SLR) (SRF) ) ) ) ) |

### NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiffs' Initial Infringement Charts as to Actavis* were caused to be served on December 21, 2016 upon the following in the manner indicated:

| | |
|---|---|
| Melanie K. Sharp, Esquire <br> Robert M. Vrana, Esquire <br> YOUNG CONAWAY STARGATT & TAYLOR, LLP <br> 1000 North King Street <br> Wilmington, DE  19801 <br> *Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Kyle Musgrove, Esquire <br> Yongjin Zhu, Esquire <br> HAYNES AND BOONE, LLP <br> 800 17th Street, Suite 500 <br> Washington, D.C.  20006 <br> *Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Thomas B. King, Esquire <br> HAYNES AND BOONE, LLP <br> 600 Anton Boulevard, Suite 700 <br> Costa Mesa, CA  92626 <br> *Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |

Stephanie Sivinski, Esquire
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, TX  75219
*Attorneys for Defendant*

*VIA ELECTRONIC MAIL*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Maryellen Noreika*

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for Plaintiffs LEO Pharma A/S, LEO Laboratories Limited and LEO Pharma, Inc.*

OF COUNSEL:

George F. Pappas
Jeffrey Lerner
COVINGTON & BURLING LLP
One City Center
850 Tenth Street NW
Washington DC 20001-4956
(202) 662-6000

Alexa Hansen
COVINGTON & BURLING LLP
1 Front Street, Floor 35
San Francisco, CA 94111
(415-591-6000)

December 22, 2016

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 22, 2016, upon the following in the manner indicated:

| | |
|---|---|
| Melanie K. Sharp, Esquire<br>James L. Higgins, Esquire<br>Robert M. Vrana, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>1000 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Kyle Musgrove, Esquire<br>Scott Cunning, Esquire<br>Yongjin Zhu, Esquire<br>HAYNES AND BOONE, LLP<br>800 17th Street, Suite 500<br>Washington, D.C.  20006<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Thomas B. King, Esquire<br>Martin M. Ellison, Esquire<br>HAYNES AND BOONE, LLP<br>600 Anton Boulevard, Suite 700<br>Costa Mesa, CA  92626<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Stephanie Sivinski, Esquire<br>HAYNES AND BOONE, LLP<br>2323 Victory Avenue, Suite 700<br>Dallas, TX  75219<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |

*/s/ Maryellen Noreika*

Maryellen Noreika (#3208)