IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LEO PHARMA A/S, LEO LABORATORIES LIMITED, and LEO PHARMA, INC., | ) ) ) ) ) ) ) ) ) ) ) | C. A. No.: 16-333-SLR-SRF |
| Plaintiffs, | | |
| v. | | |
| ACTAVIS LABORATORIES UT, INC., | | |
| Defendant. | | |

## NOTICE OF SERVICE

The undersigned hereby certifies that a copy of Actavis Laboratories UT, Inc.'s Invalidity Contentions and this Notice were caused to be served on January 20, 2017 upon the following in the manner indicated:

**BY E-MAIL**

Jack B. Blumenfeld
Maryellen Noreika
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com
mnoreika@mnat.com

George F. Pappas
Jeffrey Lerner
Covington & Burling LLP
One City Center
850 Tenth Street NW
Washington, DC 20001-4956
gpappas@cov.com
jlerner@cov.com

Alexa Hansen
Covington & Burling LLP
1 Front Street, Fl. 35
San Francisco, CA 94111
ahansen@cov.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Robert M. Vrana*
_____
Melanie K. Sharp (No. 2501)
James L. Higgins (No. 5021)
Robert M. Vrana (No. 5666)
1000 North King Street
Wilmington, DE 19801
(302) 571-6681
msharp@ycst.com
rvrana@ycst.com

HAYNES AND BOONE, LLP
C. Kyle Musgrove
Yongjin Zhu
800 17th Street, NW
Suite 500
Washington, DC 20006
(202) 654-4500

Thomas B. King
Martin Ellison
600 Anton Boulevard
Suite 700
Costa Mesa, CA 92626
(949) 202-3000

Stephanie Sivinski
2323 Victory Avenue
Suite 700
Dallas, TX 75219
(214) 651-5000

Dated: January 20, 2017     *Attorneys for Actavis Laboratories UT, Inc.*

01:21460063.1