IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LEO PHARMA A/S, LEO LABORATORIES LIMITED, and LEO PHARMA, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | C.A. No. 16-333 (JFB) (SRF) CONSOLIDATED |
| ACTAVIS LABORATORIES UT, INC., | ) ) | |
| Defendant. | ) | |

**CONSENT JUDGMENT**

LEO Pharma A/S, LEO Laboratories Limited and LEO Pharma, Inc. (hereinafter collectively "LEO"), and Actavis Laboratories UT, Inc. (hereinafter "Actavis"), the parties in the above-captioned action, have agreed to terms and conditions representing a negotiated settlement of the actions and have set forth those terms and conditions in a Settlement Agreement (the "Settlement Agreement"). Now the parties, by their respective undersigned attorneys, hereby stipulate and consent to entry of judgment and an injunction in the actions, as follows:

IT IS this 13th day of August, 2018:

ORDERED, ADJUDGED AND DECREED as follows:

1. This District Court has jurisdiction over the subject matter of the above actions and has personal jurisdiction over the parties.

2. As used in this Consent Judgment, (i) the term "Actavis Product" shall mean a drug product sold, offered for sale or distributed pursuant to Abbreviated New Drug Application ("ANDA") No. 208807 or ANDA No. 209086 (and defined in greater detail in the Settlement Agreement); (ii) the term "'333 Licensed Patents" shall mean United States Patent Numbers 7,410,656; 9,416,084; and 9,676,698; and (iii) the term "Affiliate" shall mean any entity or person that, directly or indirectly through one or more intermediaries, controls, is

controlled by, or is under common control with Actavis; for purposes of this definition, "control" means (a) ownership, directly or through one or more intermediaries, of (1) more than fifty percent (50%) of the shares of stock entitled to vote for the election of directors, in the case of a corporation, or (2) more than fifty percent (50%) of the equity interests in the case of any other type of legal entity or status as a general partner in any partnership, or (b) any other arrangement whereby an entity or person has the right to elect a majority of the Board of Directors or equivalent governing body of a corporation or other entity or the right to direct the management and policies of a corporation or other entity.

3. Unless otherwise specifically authorized pursuant to the Settlement Agreement, Actavis, including any of its Affiliates, successors and assigns, is enjoined from infringing the '333 Licensed Patents, on its own part or through any Affiliate, by making, having made, using, selling, offering to sell, importing or distributing of the Actavis Product.

4. Compliance with this Consent Judgment may be enforced by LEO and its successors in interest, or assigns, as permitted by the terms of the Settlement Agreement.

5. This District Court retains jurisdiction to enforce or supervise performance under this Consent Judgment and the Settlement Agreement.

6. All claims, counterclaims, affirmative defenses and demands in these actions are hereby dismissed with prejudice and without costs, disbursements or attorneys' fees to any party.

_____
Joseph F. Bataillon, U.S.D.J.

We hereby consent to the form and entry of this Order:

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ *Jack B. Blumenfeld* | /s/ *Robert M. Vrana* |
| Jack B. Blumenfeld (#1014)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com | Melanie K. Sharp (#2501)<br>James L. Higgins (#5021)<br>Robert M. Vrana (#5666)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6681<br>msharp@ycst.com<br>jhiggins@ycst.com<br>rvrana@ycst.com |
| *Attorneys for Plaintiffs LEO Pharma A/S, LEO Laboratories Limited, and LEO Pharma, Inc.* | *Attorneys for Defendant Actavis Laboratories UT, Inc.* |
| OF COUNSEL:<br><br>George F. Pappas<br>Jeffrey H. Lerner<br>Chanson Chang<br>David S. Denuyl<br>Evan Krygowski<br>COVINGTON & BURLING LLP<br>One City Center<br>850 Tenth Street NW<br>Washington DC 20001-4956<br>(202) 662-6000<br><br>Alexa Hansen<br>COVINGTON & BURLING LLP<br>1 Front Street, Fl. 35<br>San Francisco, CA 94111<br>(415) 591-6000<br><br>August 13, 2018 | OF COUNSEL:<br><br>Jonathan Ball<br>Michael Imbacuan<br>Richard C. Pettus<br>Justin A. MacLean<br>Giancarlo L. Scaccia<br>Rachel Wu<br>GREENBERG TRAURIG, LLP<br>MetLife Building<br>200 Park Avenue<br>New York, NY 10166<br>(212) 801-9200 |